# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| S.F., E.F., J.S. and R.R., on behalf of themselves and other similarly situated individuals,<br><br>**Plaintiffs,**<br><br>vs.<br><br>**CIGNA HEALTH and LIFE INSURANCE COMPANY, CIGNA BEHAVIORAL HEALTH, SLALOM INC. HEALTHCARE BENEFIT PLAN, and THE TIDES FOUNDATION HEALTH & WELFARE PLAN,**<br><br>**Defendants.** | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:23-CV-213-DAK-JCB<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Jared C. Bennett |

Based on this court's May 1, 2024 Memorandum Decision and Order, granting Defendants Cigna Health and Life Insurance Company and Cigna Behavioral Health, Inc.'s Motion to Dismiss the First Amended Complaint [ECF No. 30], Defendant Slalom LLC Healthcare Benefit Plan's Motion to Dismiss First Amended Complaint [ECF No. 39], and Defendant The Tides Foundation Health & Welfare Plan's Motion to Dismiss the First Amended Complaint [ECF No. 49], the court dismisses this action.

DATED this 1st day of May 2024.

BY THE COURT:

_Dale A. Kimball_
DALE A. KIMBALL
United States District Judge