`Brian S. King, #4610
Andrew J. Somers, #19078
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
andrew@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| S.F., E.F., J.S., and R.R., on BEHALF of THEMSELVES and OTHER SIMILARLY SITUATED INDIVIDUALS,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA HEALTH and LIFE INSURANCE COMPANY, CIGNA BEHAVIORAL HEALTH, the SLALOM INC. HEALTHCARE BENEFIT PLAN, the TIDES FOUNDATION HEALTH & WELFARE PLAN, and DOES 1-100,<br><br>Defendants. | PLAINTIFFS' NOTICE OF APPEAL<br><br><br>Case No. 2:23-cv-00213-DAK-JCB<br><br>District Judge Dale A. Kimball<br><br>Chief Magistrate Judge Jared C. Bennett |

      Plaintiffs S.F., E.F., J.S., and R.R., on behalf of themselves and other similarly situated individuals, through their undersigned counsel and pursuant to Federal Rules of Appellate Procedure 3 and 4, provide this notice that they appeal to the United States Court of Appeals for the Tenth Circuit the Memorandum Decision and Order entered May 1, 2024 (ECF Docket No. 59) by this Court.

//

DATED this 31st day of May, 2024.

                                                    /s/ Brian S. King
                                                    Brian S. King

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Memorandum in Opposition has been sent to all parties registered to receive court notices via the Court's CM/ECF system.

DATED this 31st day of May, 2024.

                                                    /s/ Brian S. King
                                                    Brian S. King