FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

February 10, 2025

_____

Christopher M. Wolpert  
Clerk of Court

S.F., E.F., J.S., R.R., on behalf of themselves and other similarly situated individuals,

    Plaintiffs - Appellants,

v.

CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA BEHAVIORAL HEALTH; SLALOM INC. HEALTHCARE BENEFIT PLAN; THE TIDES FOUNDATION HEALTH & WELFARE PLAN,

    Defendants - Appellees.

No. 24-4062  
(D.C. No. 2:23-CV-00213-DAK)  
(D. Utah)

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b)(1).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

                                      Entered for the Court

                                      CHRISTOPHER M. WOLPERT, Clerk